UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:09-CR-138 |
| | ) | (VARLAN/GUYTON) |
| DAVID R. POTTER, | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge H. Bruce Guyton, on April 13, 2012 [Doc. 57]. There have been no timely objections to the Report and Recommendation and enough time has passed since the filing of Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the Report and Recommendation, Magistrate Judge Guyton recommends that the defendant's Motion to Waive or Defer Payments [Doc. 55] be denied.

After a careful review of the Report and Recommendation, the Court is in agreement with Magistrate Judge Guyton's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 57] and **DENIES** the defendant's Motion to Waive or Defer Payments [Doc. 55].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE